IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM DAVIS MCADOO,

      Plaintiff,                     No. CIV S-03-1209 FCD KJM P

      vs.

ED ALAMEDA, et al.,

      Defendants.              ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed under 42 U.S.C. § 1983. By order filed January 3, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has filed an amended complaint.

      The amended complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Service is appropriate for the following defendants: Alameda, Castro, Hahn and Sandberg.

      2. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed February 25, 2005.

1

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Five copies of the endorsed amended complaint filed February 25, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: December 7, 2005.

                                                       UNITED STATES MAGISTRATE JUDGE

---

1 mcad1209.1(2.25.05)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM DAVIS MCADOO,

    Plaintiff,    No. CIV-S-03-1209 FCD KJM P

    vs.

ED ALAMEDA, et al.,    NOTICE OF SUBMISSION

    Defendants.    OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                           Amended Complaint

DATED:

                                  _____
                                  Plaintiff