IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM DAVIS MCADOO,

    Plaintiff,                    No. CIV S-03-1209 FCD KJM P

    vs.

ED ALAMEDA, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief based on 42 U.S.C. § 1983.

        On January 10, 2006, the court ordered the United States Marshal to serve the complaint on defendants Alameda, Castro, Hahn and Sandberg. Process directed to defendant Sandberg was returned unserved because he was not found at the address provided by plaintiff. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1         Accordingly, IT IS HEREBY ORDERED that:

2         1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed February 25, 2005;

4         2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

              a. One completed USM-285 form for defendant Sandberg; and

              b. Two copies of the endorsed complaint filed February 25, 2005.

DATED: April 11, 2006.

                                                  UNITED STATES MAGISTRATE JUDGE

1/bb
mcad1209.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM DAVIS MCADOO,

    Plaintiff,                   No. CIV S-03-1209 FCD KJM P

    vs.

ED ALAMEDA, et al.,

    Defendants.          <u>NOTICE OF SUBMISSION</u>

_____/    <u>OF DOCUMENTS</u>

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    <u>  One  </u>    completed summons form

    <u>  One  </u>    completed USM-285 form

    <u>  Two  </u>    copies of the <u>February 25, 2005</u>
                                    Amended Complaint

DATED:

                                    _____
                                    Plaintiff