IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM DAVIS MCADOO,

      Plaintiff,　　　　　　　　No. CIV S-03-1209 FCD KJM P

  vs.

ED ALAMEDA, et al.,

      Defendants.　　　　　　　<u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file and serve objections to the September 29, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's October 23, 2006 request for an extension of time is granted; and

      2. Plaintiff shall file and serve objections to the September 29, 2006 findings and recommendations on or before November 24, 2006.

DATED: October 30, 2006.

                                        U.S. MAGISTRATE JUDGE

/mp
mcad1209.36(2)