IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIM DAVIS MCADOO

      Plaintiff,                    No. CIV S-03-1209 FCD KJM P

     vs.

ED ALAMEDA, et al.,

      Defendants.         <u>ORDER</u>

                             /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 29, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed September 29, 2006 are adopted in full;

2. The motion to dismiss filed by defendants Alameida, Castro and Hahn on April 5, 2006 is granted; and

3. This case is dismissed.

DATED: December 7, 2006.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE